In the Matter of the Arbitration between POLLY PRENTISS, INC., Appellant, and UNITED STATES RUBBER COMPANY et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Callahan and Botein, JJ. [See *post,* p. 929.]

IRVING MESHEL et al., Appellants, v. PHOENIX HOSIERY COMPANY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. We see no purpose in granting a temporary injunction under the existing circumstances. However, we think that there should be an immediate trial of the issues in this action including the merits of the dispute existing concerning the validity of the arrangement with McIver. On the facts disclosed Special Term properly exercised its discretion in denying the injunction *pendente lite.* Settle order on notice. Present — Dore, J. P., Cohn, Callahan and Botein, JJ.

In the Matter of BENJAMIN MORRELL et al., Doing Business as MORRELL-BRITISH TEXTILE, LTD., Appellants, against DEPENDABLE HAULAGE CO., INC., Respondent. In the Matter of ROMAN SMUCER CO., INC., Respondent, against DEPENDABLE HAULAGE CO., INC., Respondent. BRITISH AMERICA ASSURANCE COMPANY, Third-Party Respondent; MORRIS GENDELMAN, Respondent.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Callahan and Botein, JJ.

ALPER BLOUSE COMPANY, INC., Appellant, v. E. E. CONNOR & CO., INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, without prejudice to appeal from the judgment. The merits of the controversy, whether the verdict was against the weight of the evidence or whether there was any other basis for setting the verdict aside, may be determined upon an appeal from the judgment. Present — Dore, J. P., Cohn, Callahan and Botein, JJ.

DAVID S. MEYER, Appellant, v. LEON FINLEY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. The general items, such as 10 and 21, comprehend the establishment of the truth or falsity of the entries and, therefore, the order appealed from is correct. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Callahan and Botein, JJ. [See *post,* p. 861.]